1  LAWRENCE G. BROWN
   Acting United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Fax: (559) 497-4099

6  Attorneys for the Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   1:09-CV-00282-LJO-SMS
                                      )
12         Plaintiff,                 )   ***EX PARTE* REQUEST FOR ADDITIONAL**
                                      )   **TIME TO FILE DEFAULT MOTION AND**
13         v.                         )   **ORDER THEREON**
                                      )
14 APPROXIMATELY $11,258.00 IN U.S.   )
   CURRENCY,                          )
15                                    )
                                      )
16         Defendant.                 )
                                      )
17 _____    )

18
         Plaintiff, United States of America, by and through its undersigned attorney, respectfully
19
   requests a 60 day continuance for Plaintiff to file the *Ex Parte* Application For Default in the above-
20
   captioned case currently scheduled to be filed with the Court on July 1, 2009.
21
         The United States, in an abundance of caution has determined the need for potential claimant
22
   Peter Warda to be served with notice of this forfeiture action at a last-known residence.  A 60 day
23
   continuance will allow for service of potential claimant Peter Warda,
24
25 ///

26 ///

27 ///

28

                                       1              *EX PARTE* REQUEST FOR ADDITIONAL TIME

the statutory response period to lapse and for the United States to meet all service requirements.

Dated: June 30, 2009

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

 /s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney

ORDER

For good cause, IT IS HEREBY ORDERED that the July 1, 2009, filing deadline is vacated and continued an additional 60 days or until August 31, 2009 for the filing deadline.

IT IS SO ORDERED.

**Dated:   July 2, 2009**                               **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE