UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-cv-0282-LJO-SMS |
| ) | |
| Plaintiff, ) | ORDER TO PLAINTIFF TO SERVE |
| ) | FINDINGS AND RECOMMENDATION RE: |
| vs. ) | PLAINTIFF'S MOTION FOR DEFAULT |
| ) | JUDGMENT ON ALL POTENTIAL |
| Approximately $11,258.00 in ) | CLAIMANTS (Doc. 22) AND TO FILE |
| U.S. Currency, ) | PROOF OF SERVICE |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court has recently filed findings and recommendations regarding Plaintiff's motion for default judgment (Doc. 22).

Plaintiff IS DIRECTED to serve the findings and recommendations on all potential claimants to Defendant property, including Peter Warda and Adrin Faramarzpour, and to file proof of such service no later than ten days after the date of service of this order.

IT IS SO ORDERED.

**Dated:   October 22, 2009**           /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1