1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   1:09-CV-00282-LJO-SMS
                                       )
12              Plaintiff,             )   **DEFAULT JUDGMENT AND FINAL**
                                       )   **JUDGMENT OF FORFEITURE**
13        v.                           )
                                       )
14 APPROXIMATELY $11,258.00 IN U.S.    )
   CURRENCY,                           )
15                                     )
                Defendant.             )
16                                     )
   _____ )
17

18        This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default

19 Judgment filed August 31, 2009.  The Magistrate Judge has recommended that the United States'

20 motion for default judgment be granted.  The time for objecting to the Findings and

21 Recommendation Re: Plaintiff's Motion for Default Judgment of the Magistrate Judge has

22 passed and no timely objections have been filed.  An Order Adopting Findings and

23 Recommendations (Doc. 22) Order Granting Motion for Default Judgment (Doc. 20) Order

24 Directing Clerk to Enter Judgment-and- Final Judgment of Forfeiture for Plaintiff was filed on

25 December 9, 2009. Based on the Magistrate Judge's Findings and Recommendation Re:

26 Plaintiff's Motion for Default Judgment, the Order Adopting Findings and Recommendation Re:

27 Plaintiff's Motion for Default Judgment, Order Granting Motion For Default, Order Directing

28 Clerk to Enter Judgment-and- Final Judgment of Forfeiture for Plaintiff and the files and records

of the Court, it is

    ORDERED, ADJUDGED AND DECREED:

    1. The Court adopts the Magistrate Judge's October 21, 2009, Findings and Recommendation Re: Plaintiff's Motion for Default Judgment in full.

    2. Peter Warda and Adrin Farmarzpour are held in default.

    3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $11,258.00 in U.S. Currency (hereafter "defendant currency") of Peter Warda, Adrin Farmarzpour, and all other potential claimants who have not filed claims in this action.

    4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title, and interest of Peter Warda and Adrin Faramarzpour.

    5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   December 23, 2009**          /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE